# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 8:23-cv-00195-CJC-KES | Date | February 10, 2023 |
|---|---|---|---|
| Title | Erma Parker et al v. Country Oaks Partners, LLC et al | | |

**PRESENT:** **HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | None Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**PROCEEDINGS:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION (REMOVAL)

This action was removed to this Court on **February 1, 2023**. Pursuant to Rule 81 of the Federal Rules of Civil Procedure, a response to the Complaint is due the later of 21 days after receiving a copy of the initial pleading, 21 days after being served with the summons, or 7 days after the notice of removal is filed. No response has been filed. Accordingly, Plaintiff is ordered to show cause in writing on or before **February 14, 2023** why this action should not be dismissed for lack of prosecution. As an alternative to a written response by Plaintiff, the Court will consider as an appropriate response to this OSC the filing of one of the following on or before the above date:

1. A response to the Complaint by all Defendants;

2. An application for the entry of default pursuant to Rule 55 of the Federal Rules of Civil Procedure, as to all Defendants, or

3. A Notice of Voluntary Dismissal as to all Defendants.

No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a timely and appropriate response. Failure to respond to this Order may result in dismissal.

|  | - : - |
|---|---|
| Initials of Deputy Clerk | rrp |