UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | No. 8:22-cv-01790-WLH-KES (Lead Case)<br>No. 8:23-cv-00195-WLH-KES | Date | December 9, 2024 |
|---|---|---|---|
| Title | Gail Parrish et al v. Gordon Lane Healthcare, LLC et al<br>Erma Parker et al v. Country Oaks Partners, LLC et al | | |

| Present: The Honorable | WESLEY L. HSU, United States District Judge |
|---|---|
| Holidae Crawford | None |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:**   **(IN CHAMBERS) ORDER RE CONSOLIDATION**

On September 25, 2024, the Court issued an order to show cause why *Erma Parker et al v. Country Oaks Partners, LLC et al,* No. 8:23-cv-00195-WLH-KES should not be consolidated with *Gail Parrish et al v. Gordon Lane Healthcare, LLC et al,* No. 8:22-cv-01790-WLH-KES.  (*Parker*, Docket No. 53).  On October 23, 2024, having reviewed the parties' response, the Court issued an order finding the matters appropriate for consolidation and ordering Plaintiffs in each case to file an amended consolidated complaint within 30 days of the order.  (*Parker,* Docket No. 56; *Parrish*, Docket No. 120).  The Court is in receipt of the consolidated complaint.  (*Parker*, Docket No. 57; *Parrish*, Docket No. 121).

The Court hereby **ORDERS** that the matters be consolidated pursuant to Federal Rule Civil Procedure Rule 42(a) as both cases involve a common question of law or fact and are now in the same procedural posture. The clerk is directed to make *Parrish* the

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

lead case and close *Parker*.  The Order to Show Cause in *Parker* (Docket No. 53), is hereby **DISCHARGED.**